Stephen R. Winship
(Wyoming State Bar No. 5-2093)
Winship & Winship, P.C.
100 North Center, Sixth Floor
P.O. Box 548
Casper, WY 82602

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE COLUMBINE GROUP, LLC. | ) | Case No. 10-20133 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## OBJECTION TO PINNACLE BANK'S MOTION TO DISMISS

**COMES NOW** the above named Debtor, by and through its counsel, and hereby objects to Pinnacle Bank's Motion to Dismiss, and in support hereof relies upon the memorandum filed contemporaneously herewith, and further shows the Court as follows:

1. As shown by Exhibit "B" attached hereto, the Operating Agreement prepared by the Debtor, a Wyoming flexible Limited Liability Company, allows for the continuation of business by the Debtor even when its sole member has filed for protection under bankruptcy.

2. The Debtor was eligible for relief under Chapter 11 when it filed bankruptcy. The subsequent bankruptcy filing by its sole member does not retroactively make the Debtor ineligible for bankruptcy protection under Chapter 11.

**WHEREFORE** Debtor prays that this Court will deny Pinnacle Bank's Motion to

Dismiss.

DATED this 9th day of May, 2010.

THE COLUMBINE GROUP, LLC

By:_____/s/_____*Stephen R. Winship*_____

Stephen R. Winship
(Wyoming State Bar No. 5-2093)
Winship & Winship, P.C.
100 North Center, Sixth Floor
P.O. Box 548
Casper, WY  82602-0548
(307) 234-8991

## CERTIFICATE OF SERVICE

I, Stephen R. Winship, hereby certify that a true and correct copy of the foregoing **Objection to Pinnacle Bank's Motion to Dismiss** was hereby served *electronically* upon **Timothy Stubson**, this 9th day of May, 2010.

____/s/ *Stephen R. Winship*_____
Stephen R. Winship