SCHEDULE C
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2008**

Attachment Sequence No. **09**

| | | |
|---|---|---|
| Name of proprietor<br>Samuel J. Tilden | | Social security number (SSN) |
| A | Principal business or profession, including product or service (see page C-3 of the instructions) | B  Enter code from pages C-9, 10, & 11<br>▶ 999999 |
| C | Business name. If no separate business name, leave blank.<br>Columbine Group, LLC | D  Employer ID number (EIN), if any |
| E | Business address (including suite or room no.) ▶ P.O. Box 1148<br>City, town or post office, state, and ZIP code   Cody   WY  82414 | |
| F | Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶ | |
| G | Did you "materially participate" in the operation of this business during 2008? If "No," see page C-4 for limit on losses | [X] Yes   [ ] No |
| H | If you started or acquired this business during 2008, check here | |

**Part I   Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See page C-4 and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-4 for limit on losses. ▶ [ ] | 1 | 11,435 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 11,435 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 11,435 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 11,435 |

**Part II   Expenses.** Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 1,134 | 18 | Office expense | 18 | |
| 9 | Car and truck expenses (see page C-5) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see page C-6): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see page C-5) | 11 | | b | Other business property | 20b | 4,035 |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | 790 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | 507,670 | 22 | Supplies (not included in Part III) | 22 | 312 |
| | | | | 23 | Taxes and licenses | 23 | 8,717 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 6,238 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see page C-7) | 24b | |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | 274,264 | 27 | Other expenses (from line 48 on page 2) | 27 | 81,636 |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | 1,475 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | | | | | 28 | 886,271 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | -874,836 |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see page C-7). Estates and trusts, enter on **Form 1041, line 3**.<br>• If a loss, you **must** go to line 32. | | | | | 31 | -874,836 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-8).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12**, and **Schedule SE, line 2**, or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on **Form 1041, line 3**.<br>• If you checked 32b, you **must** attach **Form 6198**. Your loss may be limited. | | | | | 32a [X] All investment is at risk<br>32b [ ] Some investment is not at risk | |

For Paperwork Reduction Act Notice, see page C-9 of the instructions.
DAA

Schedule C (Form 1040) 2008

Exhibit "A"

**Part III  Cost of Goods Sold** (see page C-8)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation ........................................................  ☐ Yes  ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

**Part IV  Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ ..................

44  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:

  a  Business ..............   b  Commuting (see instructions) ..............   c  Other ..............

45  Was your vehicle available for personal use during off-duty hours?  ☐ Yes  ☐ No
46  Do you (or your spouse) have another vehicle available for personal use?  ☐ Yes  ☐ No
47a Do you have evidence to support your deduction?  ☐ Yes  ☐ No
  b If "Yes," is the evidence written?  ☐ Yes  ☐ No

**Part V  Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| Postage | 354 |
| Telephone | 3,950 |
| Bank charges | 1,521 |
| Finance charge | 64 |
| Licenses | 967 |
| Amortization | 74,780 |
| 48  Total other expenses. Enter here and on page 1, line 27 | 81,636 |

DAA                                                    Schedule C (Form 1040) 2008

TILDENSAM

| | | |
|---|---|---|
| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040). | 2009 Attachment Sequence No. 09 |

Name of proprietor: **Samuel J. Tilden**
Social security number (SSN): [redacted]

A. Principal business or profession, including product or service (see page C-2 of the instructions: **Hotel property management**
B. Enter code from pages C-9, 10, & 11 ▶ **999999**

C. Business name. If no separate business name, leave blank. **Columbine Group, LLC**
D. Employer ID number (EIN), if any: [redacted]

E. Business address (including suite or room no.) ▶ **22 Castle Rock Rd.**
City, town or post office, state, and ZIP code **Cody    WY 82414**

F. Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
G. Did you "materially participate" in the operation of this business during 2009? If "No," see page C-3 for limit on losses [X] Yes [ ] No
H. If you started or acquired this business during 2009, check here ▶ [ ]

### Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if: • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. ▶ [ ] | 1 | 91,176 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 91,176 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 91,176 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 91,176 |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising | 8 | | 18 | Office expense | 18 |
| 9 | Car and truck expenses (see page C-4) | 9 | | 19 | Pension and profit-sharing plans | 19 |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-6): | |
| | | | | 20a | Vehicles, machinery, and equipment | 20a |
| 11 | Contract labor (see page C-4) | 11 | | b | Other business property | 20b | 3,825 |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | 284,296 | 22 | Supplies (not included in Part III) | 22 |
| | | | | 23 | Taxes and licenses | 23 |
| | | | | 24 | Travel, meals, and entertainment: | |
| | | | | a | Travel | 24a |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see page C-6) | 24b |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 |
| a | Mortgage (paid to banks, etc.) | 16a | 102,203 | 27 | Other expenses (from line 48 on page 2) | 27 | 93,976 |
| b | Other | 16b | | | | |
| 17 | Legal and professional services | 17 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ▶ | | | | | 28 | 484,300 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | -393,124 |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | | | | | 31 | -393,124 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7). • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | | 32a [X] All investment is at risk. 32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see page C-9 of the Instructions.    Schedule C (Form 1040) 2009

DAA

*Client Copy* (watermark)

Samuel J. Tilden

Schedule C (Form 1040) 2009  Hotel property management                                                                 Page 2

### Part III  Cost of Goods Sold (see page C-8)

33  Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation                                                                    ☐ Yes   ☐ No

| # | Description | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

### Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-5 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶

44  Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:

    a  Business                       b  Commuting (see instructions)                    c  Other

45  Was your vehicle available for personal use during off-duty hours?                              ☐ Yes   ☐ No
46  Do you (or your spouse) have another vehicle available for personal use?                        ☐ Yes   ☐ No
47a Do you have evidence to support your deduction?                                                 ☐ Yes   ☐ No
  b If "Yes," is the evidence written?                                                              ☐ Yes   ☐ No

### Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---:|
| Telephone | 872 |
| Bank charges | 10,443 |
| Licenses | 1,081 |
| Amortization | 81,580 |
| 48  Total other expenses. Enter here and on page 1, line 27 | 93,976 |

DAA                                                                                            Schedule C (Form 1040) 2009

## 2010 Financial Summary

| Month | Net Income |
|---|---|
| February 16-March | $337.83 |
| April | $3,491.47 |
| May | $2,831.46 |
| June | $4,087.53 |
| July | $1,933.17 |
| August | $19,250.00 |
| September | $13,195.15 |
| October | |
| **Total to date** | $45,126.61 |

Exhibit "B"

## Projection of Income and Expenses

| | |
|---|---:|
| Gross Income | $230,810.00 |
| | |
| Accounting | $1,800.00 |
| Property Tax | $18,000.00 |
| Royalties | $40,200.00 |
| | |
| Total Expenses | $60,000.00 |
| | |
| Net Income | $170,810.00 |

**Exhibit "C"**