Michael J. Lansing #6-3691
Williams, Porter, Day and Neville, P.C.
159 North Wolcott – Suite 400
Casper, Wyoming 82601
mlansing@wpdn.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 10-20133 |
| THE COLUMBINE GROUP, LL C | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

OBJECTION TO PROPOSED DISCLOSURE STATEMENT

The creditor, Small Business Administration, and WIDC Frontier Certified Development Company, by and through its attorney, Michael J. Lansing of the law firm of Williams, Porter, Day & Neville, P.C. respectfully objects to the Proposed Disclosure Statement as set forth below:

1. On December 16, 2008, The Columbine Group borrowed $2,000,000 from Frontier Certified Development Company, Inc. for the construction and start-up costs associated with the building of a hotel in Laramie, Wyoming, Americann Lodge and Suites. As this loan was an SBA loan, the Mortgage and Note were assigned to the Small Business Administration.
2. The proof of claim against Debtor was filed by the Small Business Administration in the amount of $1,975,653.65. This proof of claim represents the balance owed the Small Business Administration under the December 16, 2008 loan to the Columbine Group, LLC for the construction and start-up costs associated with the Americann Lodge and Suites in Laramie, Wyoming.
3. When the loan was issued by Creditor, the original appraisal of the hotel, dated June 21, 2006, was $5,300,000. Debtor Columbine Group, LLC has claimed the appraised value of the hotel is $2,740,991. The Columbine Group does not provide any appraisal for the proof of such valuation. The Debtor

claimed the appraised value to be 50% of the value of the hotel in 2006. The SBA is contesting the validity of this guessed valuation.
4. The Debtor states that it has not had any professional appraisal of the property and the valuation is based upon the Albany County Assessor's appraisal.
5. The Albany County Assessor's appraisal is not an accurate appraisal of the commercial property as well as the equipment, hotel furnishings, fixtures and inventory.
6. A formal, professional appraisal should be completed by Debtor in coordination with the largest Creditors Pinnacle Bank and SBA-Frontier. Creditors Pinnacle Bank and SBA-Frontier have discussed obtaining a professional appraisal to provide accurate appraised values instead of an Assessor's guess at the appraised values.
7. The appraisal of the largest asset in this bankruptcy greatly affects the secured interest of both Pinnacle Bank and SBA-Frontier. The Creditor SBA-Frontier has information to believe the appraisal would come out in the range of $3.5 million to $4 million which would give SBA-Frontier a secured interest.
8. A proper appraisal would provide the necessary protection to the Creditors and the proper and required information for this Court to allow or deny the Chapter 11 Plan.

WHEREFORE, Creditor Small Business Administration does hereby object to the Disclosure Statement of Debtor for the reasons set forth above.

DATED November 15, 2010.

Small Business Administration, Creditor

By: s/s   Michael J. Lansing
General Counsel for WIDC Frontier
Certified Development Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on the parties herein this 5th day of November, 2010, electronically or by depositing a true and correct of the same in the United States mail, postage prepaid and properly addressed as follows:

Stephen R. Winship  
Winship & Winship, P.C.  
100 North Center, Sixth Floor  
P.O. Box 548  
Casper, WY  82602

U. S. Trustee  
308 West 21st Street, 2nd Floor  
Cheyenne, Wyoming  82001-3663

/s/Michael J. Lansing