IN THE UNITED STATES BANKRUPTCY COURT        FILED

FOR THE DISTRICT OF WYOMING

| | | | |
|---|---|---|---|
| In re | ) | | |
| | ) | | 3:13 pm, 12/22/10 |
| THE COLUMBINE GROUP, LLC, | ) | Case No.  10-20133 | |
| | ) | CHAPTER 11 | Tim J. Ellis |
| Debtor. | ) | | Clerk of Court |

**ORDER DENYING WITHOUT PREJUDICE APPROVAL OF DEBTOR'S
CHAPTER 11 DISCLOSURE STATEMENT DATED NOVEMBER 1, 2010**

On December 22, 2010, this matter came before the court for an evidentiary

hearing on approval of Debtor's Chapter 11 Disclosure Statement and the objections

filed by Pinnacle Bank; the Small Business Administration; and, the United States

Trustee.  The parties were represented as stated on the record.  The Court having

considered the record and testimony presented at the hearing, denies without prejudice,

approval of the Disclosure Statement.

The Court finds the following:

(1)     The valuation of the Debtor's assets is in controversy.  If the objecting

creditors determine that a current appraisal is necessary, they are advised to

proceed to obtain one.  The information necessary for an appraisal shall be

made available by the Debtor.

(2)     The adequacy of the information regarding the Debtor's income is lacking

and must be expanded for creditors to make a decision regarding their

position on acceptance or rejection of any proposed plan.

THEREFORE IT IS ORDERED that the approval of the Disclosure Statement

dated November 1, 2010, is denied without prejudice and Debtors are to file an amended

disclosure statement within 14 days from the entry of this order.

DATED this 22nd day of December, 2010.

BY THE COURT

United States Bankruptcy Judge

Service to:
    Stephen Winship
    Timothy Stubson
    Michael Lansing
    Dan Morse